IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:15-cv-00040-JLK-AP**

**GABRIEL V. GONZALES,**

      Plaintiff,

  v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

      Defendant.

---

## ORDER
---

Kane, J.

Upon consideration of the Plaintiff's Unopposed Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 *et seq.*, (Doc. 20) IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $3,155.47 in EAJA fees.  This amount is payable to Plaintiff, not directly to his counsel.  Payment will be sent to the office of Plaintiff's attorney of record:  Michael W. Seckar, Esq.; Michael W. Seckar, P.C., 402 West 12th Street, Pueblo, CO  81003.

2. If, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then the Commissioner will agree to waive the requirements of the Anti-Assignment Act (31 U.S.C. § 3727(b)), and the EAJA fees will be made payable to Plaintiff's attorney of record, Michael W.

1

Seckar, Esq.  However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney of record, Michael W. Seckar, Esq.

3. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

4. Defendant's payment of this amount is without prejudice to Plaintiff's counsels' right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

5. This Order will not be used as precedent in any future cases, and should not be construed as a concession that the Commissioner's administrative decision denying benefits to Plaintiff was not substantially justified.

DATED this 14th day of October, 2015.

BY THE COURT:

*John L. Kane*
Judge John L. Kane
Senior United States District Court Judge